RE: Court Of Appeals Number:4-14-00689-cv

Trial Court Case Number: 2013-PA-01552

Style:In the Interest of R.G. a Child

This is Jessica Gonzalez mother of Richard Gonzales. I ask that the court may grant me a extension of time on my appeal. I was not notified on the decision that was made concerning my son Richard Gonzales .If I was I would have filed for a notice of appeal to Courts Of Appeals.At the time I was Incarcerated and wasnt notified by Gerald Uretsky court-appointed counsel of the decision made. I ask that the court may also look at me being no longer incarcerated and being able to hire a attorney that best suits my case. I feel my attorney did not represent my case in a correct manner. I ask that you may grant a extension of time so that Richard may know his family that love him.As a mother Im taking steps to reintegrate myself back in my child's life. I'm also enclosing some information that shows my effort and trying to contact attorney Gerald Uretsky. Thank You for your time.

*extension for a rehearing to have time to hire a attorney.*

Sincerely,

210·709·7526

Jessica Gonzalez
1315 S. palmetto
San Antonio. Tx
78210

1

Gerald Uretsky
Nov 20. 2014

RE: Richard Gonzales II, A child
NO. 04-14-00689-CV


This is Jessica Gonzalez, mother of Richard Gonzales II. I want to thank you for the Brief you sent me. Also I have some questions. What steps can I take while being incarcerated and once I get out reintegrate myself back in my childs life? I was wrongly accused in court by Molly Henry cps specialist III in court. When Molly Henry was asked why the department got involved. She stated my son was positive for marjuana when born which isnt true. I got place on cps for being tested positive for xanax at R.G. II birth. She also stated the childs father had drug use issues. Which he didnt. All drug test were n I also attended more then one visit with my son. I didnt get incarcerated till oct 16. 2013. Ms. Henry also stated that she last visted me in March 12. 2014. On Jan 30. 2014 I was transferred to TDCJ. I did not see mr. Henry March 12. 2014. I havent had any contact with Molly Henry since Jan/2014. Since then I written her several times she didnt respond. I wrote State Counsel for Offenders trying to get assistance I also explain my caseworker wasnt responding to me. I wrote Attorney General stating my concern of my son.

I also wrote supervisor. Law Librarian called her no response Chaplain Mr. Self called her no response. My family and friends also called. I want to know once I get out if I can hire a lawyer ~~and~~ if I lose the Appeal.? What can I do about how most of Molly Henry testimony was a lie in court? What steps can I take to get my son home were he belongs. Can you please help me with any information on this case. I would greatly appreciate anything you can do for me. Thank you so much.

Sincerely
Jessica Gonzalez